UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
51375
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for ACAR Leasing LTD, d/b/a GM Financial Leasing

Order Filed on October 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JAMIL A. BRADLEY

Case No.: 18-34070

Adv. No.:

Hearing Date: 8-27-20

Judge: JKS

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 20, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**Jamil A. Bradley**
**18-34070(JKS)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq, attorney for ACAR Leasing LTD, d/b/a GM Financial Leasing, with the appearance of James Fitzpatrick, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That ACAR Leasing LTD is the owner and lessor of a 2017 CHEVROLET TRAVERSE bearing vehicle identification number 1GNKRGKD7HJ225343 (hereinafter the "vehicle"), which vehicle is leased by the debtor.

2. **Curing Arrears:** At the hearing, the debtor was $2525.27 in arrears to GM Financial Leasing. The debtor shall cure by making one lease payment of $515 on 8-27-20. The debtor shall cure the balance of lease arrears by making cure payments to ACAR Leasing LTD, d/b/a/ GM Financial Leasing of $1030 a month, beginning 9-22-20. In the event the debtor fails to make any payment for a period of 30 days after it falls due, ACAR Leasing LTD, d/b/a GM Financial Leasing shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. After curing arrears, the debtor shall make all lease payments to ACAR Leasing LTD, d/b/a GM Financial Leasing when due, being the 22nd day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, ACAR Leasing LTD, d/b/a GM Financial Leasing shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, ACAR Leasing LTD, d/b/a GM Financial Leasing shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

5. The debtor shall pay to ACAR Leasing LTD, d/b/a GM Financial Leasing through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

6. At the end of the lease, if the debtor has not immediately purchased the vehicle in accordance with the lease end purchase option, ACAR Leasing LTD, d/b/a GM Financial Leasing <u>shall receive immediate stay relief without any application to the Court or notice to the debtor or his attorney and shall be permitted to immediately repossess and sell the vehicle.</u>

United States Bankruptcy Court

District of New Jersey

In re:  
Jamil A. Bradley  
    Debtor(s)

Case No. 18-34070-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 21, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

**Recip ID      Recipient Name and Address**  
db      + Jamil A. Bradley, 215 Smith Street, Newark, NJ 07106-1709

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:**

**Name      Email Address**

Denise E. Carlon  
     on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John R. Morton, Jr.  
     on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg  
     magecf@magtrustee.com

Nicholas Fitzgerald  
     on behalf of Debtor Jamil A. Bradley Fitz2Law@gmail.com

Rebecca Ann Solarz  
     on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com

U.S. Trustee  
     USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Oct 21, 2020 Form ID: pdf903 Total Noticed: 1
TOTAL: 6