FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

| Re: JAMIL A. BRADLEY | Atty: FITZGERALD & ASSOCIATES PC |
|---|---|
| 215 SMITH STREET | 649 NEWARK AVE |
| NEWARK, NJ 07106 | JERSEY CITY, NJ 07306 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 18-34070

### RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/01/2019 | $368.00 | 5587934000 | 02/22/2019 | $368.00 | 5641230000 |
| 03/25/2019 | $368.00 | 5724203000 | 04/25/2019 | $368.00 | 5806296000 |
| 05/20/2019 | $368.00 | 5870905000 | 06/21/2019 | $368.00 | 5954214000 |
| 07/18/2019 | $368.00 | 6023971000 | 08/26/2019 | $368.00 | 6122003000 |
| 09/30/2019 | $368.00 | 6214577000 | 11/01/2019 | $368.00 | 6294405000 |
| 11/29/2019 | $368.00 | 6363044000 | 12/30/2019 | $368.00 | 6435378000 |
| 01/27/2020 | $368.00 | 6505298000 | 02/21/2020 | $368.00 | 6576410000 |
| 03/06/2020 | $368.00 | 6620050000 | 05/01/2020 | $368.00 | 6757065000 |
| 05/22/2020 | $368.00 | 6807226000 | 06/29/2020 | $368.00 | 6899181000 |
| 07/14/2020 | $368.00 | 6938416000 | 08/26/2020 | $368.00 | 7036387000 |
| 09/25/2020 | $385.00 | 7109560000 | 10/21/2020 | $368.00 | 7172799000 |
| 11/09/2020 | $368.00 | 7219238000 | 12/14/2020 | $368.00 | 7304765000 |
| 01/11/2021 | $368.00 | 7369762000 | | | |

**Total Receipts: $9,217.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $9,217.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ACAR LEASING LTD | 11/16/2020 | $91.52 | 859,226 | 12/21/2020 | $439.48 | 860,998 |
| M&T BANK | 03/16/2020 | $309.12 | 845,304 | 04/20/2020 | $697.72 | 847,245 |
| | 06/15/2020 | $331.20 | 850,793 | 07/20/2020 | $331.20 | 852,611 |
| | 08/17/2020 | $680.80 | 854,469 | 12/21/2020 | $241.32 | 861,790 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 558.84 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,855.00 | 100.00% | 4,855.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

Chapter 13 Case # 18-34070

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0004 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | M&T BANK | MORTGAGE ARRE | 14,496.86 | 100.00% | 2,591.36 | 11,905.50 |
| 0006 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | SYNCHRONY BANK | UNSECURED | 231.36 | 100.00% | 0.00 | 231.36 |
| 0009 | US DEPTARTMENT OF EDUCATION/GREA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | ACAR LEASING LTD | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | ACAR LEASING LTD | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $8,536.20**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $9,217.00      -     Paid to Claims: $3,122.36     -     Admin Costs Paid: $5,413.84     =     Funds on Hand: $680.80

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.