FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  JAMIL A. BRADLEY               Atty:  FITZGERALD & ASSOCIATES PC
     215 SMITH STREET                       649 NEWARK AVE
     NEWARK, NJ  07106                      JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 18-34070

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/01/2019 | $368.00 | 5587934000 | 02/22/2019 | $368.00 | 5641230000 |
| 03/25/2019 | $368.00 | 5724203000 | 04/25/2019 | $368.00 | 5806296000 |
| 05/20/2019 | $368.00 | 5870905000 | 06/21/2019 | $368.00 | 5954214000 |
| 07/18/2019 | $368.00 | 6023971000 | 08/26/2019 | $368.00 | 6122003000 |
| 09/30/2019 | $368.00 | 6214577000 | 11/01/2019 | $368.00 | 6294405000 |
| 11/29/2019 | $368.00 | 6363044000 | 12/30/2019 | $368.00 | 6435378000 |
| 01/27/2020 | $368.00 | 6505298000 | 02/21/2020 | $368.00 | 6576410000 |
| 03/06/2020 | $368.00 | 6620050000 | 05/01/2020 | $368.00 | 6757065000 |
| 05/22/2020 | $368.00 | 6807226000 | 06/29/2020 | $368.00 | 6899181000 |
| 07/14/2020 | $368.00 | 6938416000 | 08/26/2020 | $368.00 | 7036387000 |
| 09/25/2020 | $385.00 | 7109560000 | 10/21/2020 | $368.00 | 7172799000 |
| 11/09/2020 | $368.00 | 7219238000 | 12/14/2020 | $368.00 | 7304765000 |
| 01/11/2021 | $368.00 | 7369762000 | 02/19/2021 | $368.00 | 7463358000 |
| 03/19/2021 | $368.00 | 7537297000 | 04/19/2021 | $368.00 | 7605405000 |
| 05/28/2021 | $368.00 | 7699092000 | 06/28/2021 | $385.00 | 7765433000 |
| 07/27/2021 | $385.00 | 7836355000 | 08/20/2021 | $385.00 | 7892665000 |
| 09/17/2021 | $385.00 | 7954098000 | 11/01/2021 | $385.00 | 8052561000 |
| 11/29/2021 | $385.00 | 8108021000 | 01/10/2022 | $385.00 | 8199678000 |

**Total Receipts: $13,384.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $13,384.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ACAR LEASING LTD | | | | | | |
| | 11/16/2020 | $91.52 | 859,226 | 12/21/2020 | $439.48 | 860,998 |
| M&T BANK | | | | | | |
| | 03/16/2020 | $309.12 | 845,304 | 04/20/2020 | $697.72 | 847,245 |
| | 06/15/2020 | $331.20 | 850,793 | 07/20/2020 | $331.20 | 852,611 |
| | 08/17/2020 | $680.80 | 854,469 | 12/21/2020 | $241.32 | 861,790 |
| | 02/22/2021 | $680.80 | 865,292 | 04/19/2021 | $680.80 | 868,820 |
| | 06/21/2021 | $340.40 | 872,510 | 07/19/2021 | $345.92 | 874,288 |

Case 18-34070-JKS    Doc 41    Filed 01/14/22    Entered 01/14/22 16:52:46    Desc Main
Document      Page 2 of 2

**Chapter 13 Case # 18-34070**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 08/16/2021 | $361.90 | 875,979 | | 09/20/2021 | $723.80 | 877,732 |
| | 10/18/2021 | $361.90 | 879,478 | | 12/13/2021 | $343.76 | 882,813 |
| | 12/13/2021 | $21.99 | 882,813 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 813.87 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,855.00 | 100.00% | 4,855.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | M&T BANK | MORTGAGE ARRE | 14,496.86 | 100.00% | 6,430.64 | 8,066.22 |
| 0006 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | SYNCHRONY BANK | UNSECURED | 231.36 | 100.00% | 0.00 | 231.36 |
| 0009 | US DEPTARTMENT OF EDUCATION/GREA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | ACAR LEASING LTD | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | ACAR LEASING LTD | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | 0.00 |
| 0012 | M&T BANK | (NEW) MTG Agree | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | M&T BANK | (NEW) MTG Agree | 538.00 | 100.00% | 21.99 | 516.01 |

**Total Paid:  $12,652.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $13,384.00     -     Paid to Claims: $6,983.63     -     Admin Costs Paid: $5,668.87     =     Funds on Hand: $731.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.