UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

In Re:

Jamil Bradley

Case No.:    18-34070

Judge:    SHERWOOD

Chapter:    13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor.

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for    July 14, 2022   , at  10:00 am .

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

I miscalculated my expenses and did not realize I was this far behind on my trustee payments. I will be able to pay the arrears as follows:
06/14/2022 amount of $431.00 then on 07/07/222 amount of $431.00 and on 08/04/2022 in the amount of $500.00 which will complete my arrears balance.

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 6/13/2022          Debtor's Signature

Date: 6/13/2022          Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*