# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u>**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
M&T Bank

CASE NO. 18-34070 JKS
CHAPTER 13
Judge: John K. Sherwood

In re:

Jamil A. Bradley

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 12/04/2017

I, __Katie M. Stock__, employed as __Assistant Vice President__ by M&T Bank, hereby certifies the following information:

Recorded on January 3, 2018 in <u>Essex</u> County, in Instrument Number 2018000486.

Property Address: <u>215 Smith Street, Newark NJ 07106.</u>

Mortgage Holder: <u>M&T Bank</u>

Mortgagor(s)/ Debtor(s): <u>Jamil A. Bradley</u>

POST-PETITION PAYMENTS (Petition filed on December 06, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 11/10/2021 | | | | | $1,720.46 |
| | | AO Suspense Credit | From Suspense | 11/10/2021 | $0.00 |
| $1,751.78 | 12/01/2021 | 12/2021 | $1,756.00 | 12/01/2021 | $4.22 |
| | | To Suspense | $1,756.00 | 12/24/2021 | $1,760.22 |
| $589.14 | 12/2021 | AO Payment | From Suspense | 12/24/2021 | $1,171.08 |
| $589.14 | 01/2022 | AO Payment | From Suspense | 12/24/2021 | $581.94 |
| $589.14 | 02/2022 | AO Payment | $590.00 | 01/01/2022 | $582.80 |
| $1,605.03 | 01/01/2022 | 01/2022 | $1,603.00 | 01/21/2022 | $580.77 |
| $589.14 | 03/2022 | AO Payment | $590.00 | 01/21/2022 | $581.63 |
| $1,605.03 | 02/01/2022 | 02/2022 | $1,605.03 | 02/04/2022 | $581.63 |
| $589.14 | 04/2022 | AO Payment | $590.00 | 02/23/2022 | $582.49 |
| $1,605.03 | 03/01/2022 | 03/2022 | $1,605.03 | 04/01/2022 | $582.49 |
| $589.18 | 05/2022 | AO Payment | $590.00 | 04/29/2022 | $583.31 |
| $1,605.03 | 04/01/2022 | 04/2022 | $1,605.00 | 05/13/2022 | $583.28 |
| $1,605.03 | 05/01/2022 | 05/2022 | $1,605.00 | 06/01/2022 | $583.25 |
| $1,605.03 | 06/01/2022 | 06/2022 | $1,605.00 | 06/29/2022 | $583.22 |
| $1,605.03 | 07/01/2022 | | $0.00 | | $583.22 |
| $1,605.03 | 08/01/2022 | | $0.00 | | $583.22 |

| $1,605.03 | 09/01/2022 | | $0.00 | | $583.22 |
|---|---|---|---|---|---|
| **Total Due: $19,731.93** | | **Total Received: $15,500.06** | | **Arrears: $4,231.87** | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $1,605.03

Each current monthly payment is comprised of:
    Principal and Interest: $909.45_____
    R.E. Taxes: $_____
    Insurance: $_____
    Other: $695.58  (Specify: Escrow)
    TOTAL $1,605.03_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
NOPC effective 1/1/2020: $1,824.01
NOPC effective 1/1/2021: $1,751.78
NOPC effective 1/1/2022: $1,605.03

**PRE-PETITION ARREARS: $14,496.86**

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 9/20/22

_Signature_
Katie M Stock/Assistant Vice President