

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
  By:  Nicholas Fitzgerald
649 Newark Avenue
Jersey City, NJ 07306
Email: nickfitz.law@gmail.com
Telephone: (201) 533-1100
Counsel for Debtor

Order Filed on December 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jamil A. Bradley

Case No.:   18-34070-JKS

Chapter:    13

Judge:      J. K. Sherwood

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 19, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Fitzgerald & Associates _____, the applicant, is allowed a fee of $ _____ 855.50 _____ for services rendered and expenses in the amount of $ _____ Zero _____ for a total of $ _____ 855.50 _____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 507.00 _____ per month for _____ 12 _____ months to allow for payment of the above fee.

*rev.8/1/15*

2