FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  JAMIL A. BRADLEY  
215 SMITH STREET  
NEWARK, NJ  07106

Atty:  FITZGERALD & ASSOCIATES PC  
649 NEWARK AVE  
JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 18-34070

## RECEIPTS AS OF 01/13/2023 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/01/2019 | $368.00 | 5587934000 | 02/22/2019 | $368.00 | 5641230000 |
| 03/25/2019 | $368.00 | 5724203000 | 04/25/2019 | $368.00 | 5806296000 |
| 05/20/2019 | $368.00 | 5870905000 | 06/21/2019 | $368.00 | 5954214000 |
| 07/18/2019 | $368.00 | 6023971000 | 08/26/2019 | $368.00 | 6122003000 |
| 09/30/2019 | $368.00 | 6214577000 | 11/01/2019 | $368.00 | 6294405000 |
| 11/29/2019 | $368.00 | 6363044000 | 12/30/2019 | $368.00 | 6435378000 |
| 01/27/2020 | $368.00 | 6505298000 | 02/21/2020 | $368.00 | 6576410000 |
| 03/06/2020 | $368.00 | 6620050000 | 05/01/2020 | $368.00 | 6757065000 |
| 05/22/2020 | $368.00 | 6807226000 | 06/29/2020 | $368.00 | 6899181000 |
| 07/14/2020 | $368.00 | 6938416000 | 08/26/2020 | $368.00 | 7036387000 |
| 09/25/2020 | $385.00 | 7109560000 | 10/21/2020 | $368.00 | 7172799000 |
| 11/09/2020 | $368.00 | 7219238000 | 12/14/2020 | $368.00 | 7304765000 |
| 01/11/2021 | $368.00 | 7369762000 | 02/19/2021 | $368.00 | 7463358000 |
| 03/19/2021 | $368.00 | 7537297000 | 04/19/2021 | $368.00 | 7605405000 |
| 05/28/2021 | $368.00 | 7699092000 | 06/28/2021 | $385.00 | 7765433000 |
| 07/27/2021 | $385.00 | 7836355000 | 08/20/2021 | $385.00 | 7892665000 |
| 09/17/2021 | $385.00 | 7954098000 | 11/01/2021 | $385.00 | 8052561000 |
| 11/29/2021 | $385.00 | 8108021000 | 01/10/2022 | $385.00 | 8199678000 |
| 02/18/2022 | $385.00 | 8284444000 | 04/04/2022 | $385.00 | 8377053000 |
| 05/02/2022 | $429.00 | 8438413000 | 06/16/2022 | $500.00 | 8533081000 |
| 06/30/2022 | $429.00 | 8557062000 | 07/08/2022 | $429.00 | 8577964000 |
| 08/01/2022 | $429.00 | 8621888000 | 08/01/2022 | $429.00 | 8622685000 |
| 08/10/2022 | $4.00 | 8640830000 | 09/30/2022 | $429.00 | 8736909000 |
| 10/28/2022 | $429.00 | 8791749000 | 12/01/2022 | $429.00 | 8855628000 |
| 12/06/2022 | ($429.00) | 8855628000 | 12/23/2022 | $429.00 | 8897437000 |

**Total Receipts: $18,090.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $18,090.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|

Chapter 13 Case # 18-34070

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ACAR LEASING LTD | | | | | | |
| | 11/16/2020 | $91.52 | 859,226 | 12/21/2020 | $439.48 | 860,998 |
| M&T BANK | | | | | | |
| | 03/16/2020 | $309.12 | 845,304 | 04/20/2020 | $697.72 | 847,245 |
| | 06/15/2020 | $331.20 | 850,793 | 07/20/2020 | $331.20 | 852,611 |
| | 08/17/2020 | $680.80 | 854,469 | 12/21/2020 | $241.32 | 861,790 |
| | 02/22/2021 | $680.80 | 865,292 | 04/19/2021 | $680.80 | 868,820 |
| | 06/21/2021 | $340.40 | 872,510 | 07/19/2021 | $345.92 | 874,288 |
| | 08/16/2021 | $361.90 | 875,979 | 09/20/2021 | $723.80 | 877,732 |
| | 10/18/2021 | $361.90 | 879,478 | 12/13/2021 | $343.76 | 882,813 |
| | 12/13/2021 | $21.99 | 882,813 | 04/18/2022 | $255.41 | 889,607 |
| | 04/18/2022 | $16.34 | 889,607 | 05/16/2022 | $349.18 | 891,293 |
| | 05/16/2022 | $22.34 | 891,293 | 06/20/2022 | $389.09 | 892,995 |
| | 06/20/2022 | $24.89 | 892,995 | 07/18/2022 | $453.49 | 894,672 |
| | 07/18/2022 | $29.01 | 894,672 | 08/15/2022 | $778.18 | 896,258 |
| | 08/15/2022 | $49.78 | 896,258 | 09/19/2022 | $781.81 | 897,873 |
| | 09/19/2022 | $50.01 | 897,873 | 11/14/2022 | $365.33 | 901,088 |
| | 11/14/2022 | $48.65 | 901,088 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,001.56 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,536.00 | 100.00% | 6,085.90 | 450.10 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | M&T BANK | MORTGAGE ARRE | 14,496.86 | 100.00% | 9,803.13 | 4,693.73 |
| 0006 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | SYNCHRONY BANK | UNSECURED | 231.36 | 100.00% | 0.00 | 231.36 |
| 0009 | US DEPTARTMENT OF EDUCATION/GREA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | ACAR LEASING LTD | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | ACAR LEASING LTD | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | 0.00 |
| 0012 | M&T BANK | (NEW) MTG Agree | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | M&T BANK | (NEW) MTG Agree | 888.00 | 100.00% | 263.01 | 624.99 |

Total Paid: $17,684.60
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $18,090.00    -    Paid to Claims: $10,597.14    -    Admin Costs Paid: $7,087.46    =    Funds on Hand: $405.40

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.