# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
M&T Bank

CASE NO. 18-34070 JKS
CHAPTER 13
Judge: John K. Sherwood

In re:

Jamil A. Bradley

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 12/04/2017

I, Melissa Riley, employed as Assistant Vice President by M&T Bank, hereby certifies the following information:

Recorded on January 3, 2018 in Essex County, in Instrument Number 2018000486.
Property Address: 215 Smith Street, Newark NJ 07106.

Mortgage Holder: M&T Bank

Mortgagor(s)/ Debtor(s): Jamil A. Bradley

POST-PETITION PAYMENTS (Petition filed on December 06, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| | | Agreed Order Entered 10/25/2022 | | | - |
| | | To Suspense | $1,605.00 | 11/25/2022 | $1,605.00 |
| $1,459.22 AO PMT 1/4 | 11/01/2022 | 11/2022 AO PMT | From Suspense | 11/25/2022 | $145.78 |
| | | To Suspense | $1,605.00 | 12/30/2022 | $1,750.78 |
| $1,605.03 | 11/01/2022 | 11/2022 | From Suspense | 12/30/2022 | $145.75 |
| | | To Suspense | $1,457.00 | 01/20/2023 | $1,602.75 |
| $1,459.22 AO PMT 2/4 | 12/01/2022 | 12/2022 AO PMT | From Suspense | 01/20/2023 | $143.53 |
| $1,605.03 | 12/01/2022 | | $0.00 | | $143.53 |
| $1,668.96 | 01/01/2023 | | $0.00 | | $143.53 |
| $1,459.22 AO PMT 3/4 | 01/01/2023 | | $0.00 | | $143.53 |
| Total Due: $9,256.68 | | Total Received: $4,667.00 | | Arrears: $4,589.68 | |

Continue on attached sheets if necessary.

Monthly payments past due: 1 mo. X $1,605.03, 1 mo. X $1,668.96
Agreed Order payments past due: 1 X $1,459.22
Arrears: $ 4,589.68

Each current monthly payment is comprised of:
    Principal and Interest:  $909.45
    R.E. Taxes:  $_____
    Insurance:  $_____
    Other:  $759.51  (Specify: Escrow)
    TOTAL  $1,668.96

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
NOPC effective 1/1/2020: $1,824.01
NOPC effective 1/1/2021: $1,751.78
NOPC effective 1/1/2022: $1,605.03
NOPC effective 1/1/2023: $1,668.96

PRE-PETITION ARREARS: $14,496.86

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 01/26/2023

Signature
Melissa Riley /Assistant Vice President