Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−34070−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jamil A. Bradley
   215 Smith Street
   Newark, NJ 07106

Social Security No.:
   xxx−xx−0800

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/23/23 at 10:00 AM

to consider and act upon the following:

**67** − Creditor's Certification of Default (related document:34 Motion for Relief from Stay re: re: 215 Smith Street, Newark, NJ, 07106. Fee Amount $ 188. filed by Creditor M&T BANK, 48 Creditor's Certification of Default filed by Creditor M&T BANK, 54 Order (Generic)) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 02/14/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**68** − Certification in Opposition to (related document:67 Creditor's Certification of Default (related document:34 Motion for Relief from Stay re: re: 215 Smith Street, Newark, NJ, 07106. Fee Amount $ 188. filed by Creditor M&T BANK, 48 Creditor's Certification of Default filed by Creditor M&T BANK, 54 Order (Generic)) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 02/14/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T BANK) filed by Nicholas Fitzgerald on behalf of Jamil A. Bradley. (Fitzgerald, Nicholas)

Dated: 2/7/23

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court