UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

| | |
|---|---|
| In Re: | Case No.: ____18-34070-JKS____ |
| Jamil A. Bradley, | Chapter: _____13_____ |
| Debtor. | Hearing Date: ____3/9/2023____ |
| | Judge: ____Sherwood____ |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: <u>Secured Creditor's Certification of Default (Docket # 67)</u>

_____

Date: _3/7/2023_____          /s/ Denise Carlon_____
                                        Signature

*rev.8/1/15*