| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   JAMIL A. BRADLEY |

Order Filed on April 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-34070 JKS

Hearing Date:  4/13/2023

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 14, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JAMIL A. BRADLEY

Case No.: 18-34070

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 04/13/2023 on notice to FITZGERALD & ASSOCIATES PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,171.00 starting on 5/1/2023 for the remaining 8 month(s); and it is further

- ORDERED, that the Debtor(s) must file amended Schedules I and J with proof of income by 4/20/2023 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that amended Schedules I and J with proof of income has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.