AMENDED

**Fill in this information to identify your case:**

Debtor 1: Jamil Bradley (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): _____ (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 18-34070

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
___ MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed ☐ Not employed | ☐ Employed ☑ Not employed |
| Occupation | Operator | |
| Employer's name | Passaic Valley Sewage Commission | |
| Employer's address | 600 Wilson Avenue (Number Street) | (Number Street) |
| | Newark, NJ 07106 (City State ZIP Code) | (City State ZIP Code) |
| How long employed there? | 10 Years | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 10,426.30 | $ 0.00 |
| 3. Estimate and list monthly overtime pay. | + $ 0.00 | + $ 0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | $ 10,426.30 | $ 0.00 |

Official Form 106I    Schedule I: Your Income    page 1

AMENDED

Debtor 1 __Jamil  Bradley__
First Name   Middle Name   Last Name

Case number (if known) __18-34070__

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................ → | 4. | $ 10,426.30 | $ 0.00 |

5. List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 2,379.43 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 80.38 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 602.90 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 549.42 | $ 0.00 |
| 5e. Insurance | 5e. | $ 986.40 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: __LTD__ | 5h. +$ 81.25 | + $ 0.00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 4,679.78 | $ 0.00 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 5,746.52 | $ 0.00 |

8. List all other income regularly received:

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.                                     8a.  $ 0.00          $ 0.00

   8b. **Interest and dividends**                                                                 8b.  $ 0.00          $ 0.00

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.                                                         8c.  $ 0.00          $ 0.00

   8d. **Unemployment compensation**                                                              8d.  $ 0.00          $ 0.00

   8e. **Social Security**                                                                        8e.  $ 0.00          $ 0.00

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____                                                                                8f.  $ 0.00          $ 0.00

   8g. **Pension or retirement income**                                                           8g.  $ 0.00          $ 0.00

   8h. **Other monthly income.** Specify: _____                                                  8h. +$ 0.00          +$ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.     9.   $ 0.00          $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.  $ 5,746.52  +  $ 0.00  =  $ 5,746.52

11. **State all other regular contributions to the expenses that you list in** *Schedule J*.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____                                                                              11. +$ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.  $ 5,746.52
    **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
    ☑ No.
    ☐ Yes. Explain:

AMENDED

**Fill in this information to identify your case:**

Debtor 1: Jamil Bradley (First Name, Middle Name, Last Name)

Debtor 2 (Spouse, if filing): _____ (First Name, Middle Name, Last Name)

United States Bankruptcy Court for the: District of New Jersey (State)

Case number (If known): 18-34070

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:
___ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   
   ☑ No
   ☐ Yes. Fill out this information for each dependent..........
   
   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.     4. $ 1,668.00

   If not included in line 4:
   
   4a. Real estate taxes     4a. $ 0.00
   
   4b. Property, homeowner's, or renter's insurance     4b. $ 0.00
   
   4c. Home maintenance, repair, and upkeep expenses     4c. $ 0.00
   
   4d. Homeowner's association or condominium dues     4d. $ 0.00

Official Form 106J     Schedule J: Your Expenses     page 1

AMENDED

Debtor 1  Jamil Bradley
         First Name   Middle Name   Last Name

Case number (if known) 18-34070

|   |   | Your expenses |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans  5. | $ 0.00 |
| 6. | Utilities: | |
|    | 6a. Electricity, heat, natural gas  6a. | $ 300.00 |
|    | 6b. Water, sewer, garbage collection  6b. | $ 30.00 |
|    | 6c. Telephone, cell phone, Internet, satellite, and cable services  6c. | $ 230.00 |
|    | 6d. Other. Specify: _____  6d. | $ 0.00 |
| 7. | Food and housekeeping supplies  7. | $ 500.00 |
| 8. | Childcare and children's education costs  8. | $ 0.00 |
| 9. | Clothing, laundry, and dry cleaning  9. | $ 220.00 |
| 10. | Personal care products and services  10. | $ 60.00 |
| 11. | Medical and dental expenses  11. | $ 0.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments.  12. | $ 300.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books  13. | $ 120.00 |
| 14. | Charitable contributions and religious donations  14. | $ 0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
|    | 15a. Life insurance  15a. | $ 100.00 |
|    | 15b. Health insurance  15b. | $ 0.00 |
|    | 15c. Vehicle insurance  15c. | $ 400.00 |
|    | 15d. Other insurance. Specify: _____  15d. | $ 0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____  16. | $ 0.00 |
| 17. | Installment or lease payments: | |
|    | 17a. Car payments for Vehicle 1  17a. | $ 320.00 |
|    | 17b. Car payments for Vehicle 2  17b. | $ 0.00 |
|    | 17c. Other. Specify: _____  17c. | $ 0.00 |
|    | 17d. Other. Specify: _____  17d. | $ 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).  18. | $ 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: _____  19. | $ 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | |
|    | 20a. Mortgages on other property  20a. | $ 0.00 |
|    | 20b. Real estate taxes  20b. | $ 0.00 |
|    | 20c. Property, homeowner's, or renter's insurance  20c. | $ 0.00 |
|    | 20d. Maintenance, repair, and upkeep expenses  20d. | $ 0.00 |
|    | 20e. Homeowner's association or condominium dues  20e. | $ 0.00 |

Official Form 106J    Schedule J: Your Expenses    page 2

AMENDED

Debtor 1  Jamil Bradley
         First Name   Middle Name   Last Name

Case number (if known) 18-34070

21. Other. Specify:_____   21.  +$ _____ 0.00
    _____        +$ _____
    _____        +$ _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.   22a.  $ _____ 4,248.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a   22b.  $ _____
    and 22b. The result is your monthly expenses.   22c.  $ _____ 4,248.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a.  $ _____ 5,746.52

    23b. Copy your monthly expenses from line 22c above.   23b.  −$ _____ 4,248.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.   23c.  $ _____ 1,498.52

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    Explain here:

Official Form 106J    Schedule J: Your Expenses    page 3

**Fill in this information to identify your case:**

Debtor 1: Jamil Bradley

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the District of New Jersey

Case number (if known): 18-34070

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____ Signature of Debtor 1

X _____ Signature of Debtor 2

Date 04/14/2023
MM / DD / YYYY

Date _____
MM / DD / YYYY

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

Scanned with CamScanner

**Fill in this information to identify your case:**

Debtor 1: Jamil Bradley
Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: District of New Jersey

Case number: 18-34070 (If known)

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
**Value of what you own**

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* .................................................... $200,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ........................................ $11,711.00

   1c. Copy line 63, Total of all property on *Schedule A/B* ................................................... $211,711.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $202,240.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................ $0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ........................ + $23,389.00

   **Your total liabilities**    $225,629.00

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* .................................... $5,746.52

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* .............................................. $4,248.00

Debtor 1  Jamil Bradley
First Name   Middle Name   Last Name

Case number (if known) 18-34070

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
    ☑ Yes

7. **What kind of debt do you have?**

    ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $ 0.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |