| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com

Case No.: 18-34070
Chapter: 13

In Re:

Jamil Bradley

Adv. No.:
Hearing Date:
Judge: SHERWOOD

## CERTIFICATION OF SERVICE

1. I, Nadia Loftin :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Nicholas Fitzgerald, Esq., who represents Jamil Bradley in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On April 18, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Amendment to Schedules I & J

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 18, 2023

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jamil A. Bradley<br>215 Smith Street<br>Newark, NJ 07106 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |