Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MARCH 12, 2024

**Chapter 13 Case # 18-34070**

Re:   JAMIL A. BRADLEY                                              Atty:   FITZGERALD & ASSOCIATES PC
      215 SMITH STREET                                                      649 NEWARK AVE
      NEWARK, NJ  07106                                                     JERSEY CITY, NJ  07306

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/01/2019 | $368.00 | 5587934000 | 02/22/2019 | $368.00 | 5641230000 |
| 03/25/2019 | $368.00 | 5724203000 | 04/25/2019 | $368.00 | 5806296000 |
| 05/20/2019 | $368.00 | 5870905000 | 06/21/2019 | $368.00 | 5954214000 |
| 07/18/2019 | $368.00 | 6023971000 | 08/26/2019 | $368.00 | 6122003000 |
| 09/30/2019 | $368.00 | 6214577000 | 11/01/2019 | $368.00 | 6294405000 |
| 11/29/2019 | $368.00 | 6363044000 | 12/30/2019 | $368.00 | 6435378000 |
| 01/27/2020 | $368.00 | 6505298000 | 02/21/2020 | $368.00 | 6576410000 |
| 03/06/2020 | $368.00 | 6620050000 | 05/01/2020 | $368.00 | 6757065000 |
| 05/22/2020 | $368.00 | 6807226000 | 06/29/2020 | $368.00 | 6899181000 |
| 07/14/2020 | $368.00 | 6938416000 | 08/26/2020 | $368.00 | 7036387000 |
| 09/25/2020 | $385.00 | 7109560000 | 10/21/2020 | $368.00 | 7172799000 |
| 11/09/2020 | $368.00 | 7219238000 | 12/14/2020 | $368.00 | 7304765000 |
| 01/11/2021 | $368.00 | 7369762000 | 02/19/2021 | $368.00 | 7463358000 |
| 03/19/2021 | $368.00 | 7537297000 | 04/19/2021 | $368.00 | 7605405000 |
| 05/28/2021 | $368.00 | 7699092000 | 06/28/2021 | $385.00 | 7765433000 |
| 07/27/2021 | $385.00 | 7836355000 | 08/20/2021 | $385.00 | 7892665000 |
| 09/17/2021 | $385.00 | 7954098000 | 11/01/2021 | $385.00 | 8052561000 |
| 11/29/2021 | $385.00 | 8108021000 | 01/10/2022 | $385.00 | 8199678000 |
| 02/18/2022 | $385.00 | 8284444000 | 04/04/2022 | $385.00 | 8377053000 |
| 05/02/2022 | $429.00 | 8438413000 | 06/16/2022 | $500.00 | 8533081000 |
| 06/30/2022 | $429.00 | 8557062000 | 07/08/2022 | $429.00 | 8577964000 |
| 08/01/2022 | $429.00 | 8621888000 | 08/01/2022 | $429.00 | 8622685000 |
| 08/10/2022 | $4.00 | 8640830000 | 09/30/2022 | $429.00 | 8736909000 |
| 10/28/2022 | $429.00 | 8791749000 | 12/01/2022 | $429.00 | 8855628000 |
| 12/06/2022 | ($429.00) | 8855628000 | 12/23/2022 | $429.00 | 8897437000 |
| 01/31/2023 | $936.00 | 8968718000 | 03/01/2023 | $507.00 | 9024913000 |
| 03/07/2023 | ($507.00) | 9024913000 | 04/04/2023 | $1,014.00 | |
| 05/04/2023 | $430.00 | | 05/08/2023 | $77.00 | |
| 06/05/2023 | $664.28 | | 07/14/2023 | $1,171.00 | |
| 09/12/2023 | $1,171.00 | | 11/03/2023 | $1,410.00 | |
| 12/04/2023 | $1,410.00 | | 01/02/2024 | $1,410.00 | |
| 01/04/2024 | $1,171.04 | | 02/27/2024 | $88.89 | |

| Total Receipts: $29,043.21 - Amount Refunded to Debtor: $1.93 = Receipts Applied to Plan: $29,041.28 |
|---|

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,776.20 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 6,536.00 | 100.00% | 6,536.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | M&T BANK | MORTGAGE ARRE | 14,496.86 | 100.00% | 14,496.86 | 0.00 |
| 0006 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 231.36 | 100.00% | 231.36 | 0.00 |
| 0009 | US DEPTARTMENT OF EDUCATION/GREA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | ACAR LEASING LTD | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | ACAR LEASING LTD | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | 0.00 |
| 0012 | M&T BANK | (NEW) MTG Agree | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | M&T BANK | (NEW) MTG Agree | 5,469.86 | 100.00% | 5,469.86 | 0.00 |

**Total Paid: $29,041.28**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ACAR LEASING LTD | | | | | | |
| | 11/16/2020 | $91.52 | 859226 | 12/21/2020 | $439.48 | 860998 |
| M&T BANK | | | | | | |
| | 03/16/2020 | $309.12 | 845304 | 04/20/2020 | $697.72 | 847245 |
| | 06/15/2020 | $331.20 | 850793 | 07/20/2020 | $331.20 | 852611 |
| | 08/17/2020 | $680.80 | 854469 | 12/21/2020 | $241.32 | 861790 |
| | 02/22/2021 | $680.80 | 865292 | 04/19/2021 | $680.80 | 868820 |
| | 06/21/2021 | $340.40 | 872510 | 07/19/2021 | $345.92 | 874288 |
| | 08/16/2021 | $361.90 | 875979 | 09/20/2021 | $723.80 | 877732 |
| | 10/18/2021 | $361.90 | 879478 | 12/13/2021 | $21.99 | 882813 |
| | 12/13/2021 | $343.76 | 882813 | 04/18/2022 | $255.41 | 889607 |
| | 04/18/2022 | $16.34 | 889607 | 05/16/2022 | $22.34 | 891293 |
| | 05/16/2022 | $349.18 | 891293 | 06/20/2022 | $389.09 | 892995 |
| | 06/20/2022 | $24.89 | 892995 | 07/18/2022 | $29.01 | 894672 |
| | 07/18/2022 | $453.49 | 894672 | 08/15/2022 | $778.18 | 896258 |
| | 08/15/2022 | $49.78 | 896258 | 09/19/2022 | $50.01 | 897873 |
| | 09/19/2022 | $781.81 | 897873 | 11/14/2022 | $365.33 | 901088 |
| | 11/14/2022 | $48.65 | 901088 | 03/13/2023 | $98.69 | 907280 |
| | 03/13/2023 | $741.13 | 907280 | 04/17/2023 | $418.01 | 908894 |
| | 04/17/2023 | $540.22 | 908894 | 05/15/2023 | $267.25 | 910476 |
| | 05/15/2023 | $206.80 | 910476 | 06/12/2023 | $270.94 | 911955 |
| | 06/12/2023 | $350.16 | 911955 | 07/17/2023 | $617.26 | 913478 |
| | 07/17/2023 | $477.63 | 913478 | 09/18/2023 | $477.63 | 916490 |
| | 09/18/2023 | $617.26 | 916490 | 11/13/2023 | $731.32 | 919409 |
| | 11/13/2023 | $565.88 | 919409 | 12/11/2023 | $565.88 | 920807 |
| | 12/11/2023 | $731.32 | 920807 | 01/08/2024 | $1,253.37 | 922193 |
| | 01/08/2024 | $969.83 | 922193 | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE LP AS AGENT | | | | | | |
| | 01/08/2024 | $151.36 | 921790 | 03/11/2024 | $80.00 | 924593 |

**Chapter 13 Case # 18-34070**

# SUMMARY

| | |
|---|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: March 12, 2024. | |
| Receipts: $29,041.28      -      Paid to Claims: $20,729.08      -      Admin Costs Paid: $8,312.20      =      Funds on Hand: $0.00 | |
| Unpaid Balance to Claims: $0.00             +       Unpaid Trustee Comp: $0.00                  =       Total Unpaid Balance: **$0.00 | |

**\*\*NOTE**:   THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.